UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BOARD OF MANAGERS OF
WEST PERRY CONDOMINIUM,

                Plaintiff,

    -against-

ADMIRAL INDEMNITY COMPANY,

                Defendant.

------------------------------------------------------------X

Civil Action No.:
14 CV 3471 (SHS)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/14

IT IS HEREBY STIPULATED AND AGREED, that the time for the defendant, ADMIRAL INDEMNITY COMPANY to answer or to make any motion with relation to the summons and complaint in this action, be and the same hereby is extended to and including the 20th day of June, 2014.

Dated: May 21, 2014
       New York, New York

WHITE FLEISCHNER & FINO, LLP

By: _____
Jonathan S. Chernow, Esq. (JSC-7339)
Attorneys for Defendant
ADMIRAL INDEMNITY COMPANY
61 Broadway - 18th Floor
New York, New York 10006
(212) 487-9700
Our File No.: 179-18080

ANDERSON KILL, P.C.

By: _____
Dennis J. Artese, Esq. (DA-1427)
Attorneys for Plaintiff
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1246

**SO ORDERED:** 5/22/14

_____
U.S.D.J.