UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

| | |
|---|---|
| BOARD OF MANAGERS OF<br>WEST PERRY CONDOMINIUM, | Civil Action No.:<br>14 CV 3471 (SHS) |
| Plaintiff, | |
| -against- | **RULE 7.1 STATEMENT** |
| ADMIRAL INDEMNITY COMPANY, | |
| Defendant. | |

———————————————————————X

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant ADMIRAL INDEMNITY COMPANY, by its attorneys, WHITE FLEISCHNER & FINO, LLP, hereby alleges as follows:

    The stock of ADMIRAL INDEMNITY COMPANY, a Delaware corporation, is wholly owned by W.R Berkley Corporation, a publicly traded corporation.

Dated: New York, New York
       June 19, 2014

                                                    Yours, etc.,

                                                    WHITE FLEISCHNER & FINO, LLP

                                                    By: */s /Benjamin A. Fleischner*
                                                    Benjamin A Fleischner, Esq. (BAF-7006)
                                                    Jonathan S. Chernow, Esq. (JSC-7339)
                                                    Attorneys for Defendant
                                                    ADMIRAL INDEMNITY COMPANY
                                                    61 Broadway - 18th Floor
                                                    New York, New York 10006
                                                    (212) 487-9700
                                                    Our File No.: 179-18080

To (See Attached Affidavit)

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Habibe Avdiu, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Staten Island, New York.

That on June 19, 2014, deponent served the within **RULE 7.1 STATEMENT** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:

TO:

Dennis J. Artese
Rene F. Hertzog
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020

_____
Habibe Avdiu

Sworn to before me this
19th day of June, 2014

_____
Notary Public

LAUREN RICCIO MELTZER
NOTARY PUBLIC, State of New York
No. 01RI5082855
Qualified in King County
Commission Expires July 28, 2017