# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

Dennis J. Artese, Esq.
dartese@andersonkill.com
(212) 278-1246

*Via ECF*  June 30, 2014

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    Board of Managers of West Perry Condominium v. Admiral
              Indemnity Company
              Civil Action No. 1:14-cv-03471 (SHS)

Dear Judge Stein:

      We represent plaintiff Board of Managers of West Perry Condominium in the above-referenced action (the "Action") against Admiral Indemnity Company. We write to request a short adjournment of the Initial Conference in the Action, currently scheduled for July 17, 2014. The reason for this request is that the undersigned, lead counsel for plaintiff, will be out of the country on vacation during the week of July 14th, returning to the office on July 21st.

      The undersigned has conferred with counsel for defendant, who consents to this request. Subject to the Court's availability, counsel for the parties are available for the rescheduled Initial Conference on July 22-25 and July 28.

      This is the first request for an adjournment of the Initial Conference.

New York ■ Chicago ■ Greenwich ■ Newark ■ Philadelphia ■ Washington, D.C.

nydocs1-1034370.1

**Anderson Kill P.C.**

The Honorable Sidney H. Stein
June 30, 2014
Page 2

                Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      */s/ Dennis J. Artese*

                                      Dennis J. Artese

DA;lr
cc:    Benjamin A. Fleischner (by email)
        Jonathan S. Chernow (by email)

nydocs1-1034370.1