```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BOARD OF MANAGERS OF WEST PERRY    :    14-Cv-3471 (SHS)
CONDOMINIUM,
                                   :
            Plaintiff,
                                   :
    -against-
                                   :
ADMIRAL INDEMNITY COMPANY,
                                   :
            Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.    The parties may move for summary judgment on Count 1 of the complaint on or before August 22, 2014;

        2.    The responding briefs are due on or before September 12, 2014;

        3.    The reply briefs are due on or before September 19, 2014;

        4.    All discovery is stayed in this action; and

        5.    If no motions are made, the parties shall notify the Court, in writing, to schedule a pretrial conference.

Dated: New York, New York
       July 22, 2014

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.