STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Janet Bergollo, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Queens, New York.

That on September 12, 2014, deponent served the within **ADMIRAL'S COUNTER-STATEMENT TO PLAINTIFF'S RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS, AFFIDAVIT OF JONATHAN S. CHERNOW, ESQ. IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AFFIDAVIT OF JODI STRUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT and MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** upon the attorneys and parties listed below by electronic court filing:

TO:

Dennis J. Artese
Rene F. Hertzog
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020

_____
Janet Bergollo

Sworn to before me this
12th day of September, 2014

_____
Notary Public

SHELLY WERBEL
NOTARY PUBLIC STATE OF NEW YORK
NO. 02WE4960407
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES DEC. 26, 20__