Dennis J. Artese (DA-1427)
Rene F. Hertzog (RH-9227)
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733
dartese@andersonkill.com
rhertzog@andersonkill.com

*Attorneys for Plaintiff*
*Board of Managers of West Perry Condominium*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOARD OF MANAGERS OF WEST PERRY CONDOMINIUM,<br><br>　　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>ADMIRAL INDEMNITY COMPANY,<br><br>　　　　　　　　　Defendant. | Civ. Action No. 14 CV 3471 (SHS) |

**PLAINTIFF'S NOTICE OF CROSS-MOTION TO**
**STRIKE THE AFFIDAVIT OF JAY VIGNEAUX**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in support of this motion, and the pleadings herein, plaintiff Board of Managers of West Perry Condominium ("Plaintiff"), will move this Court before the Honorable Sidney H. Stein, United States District Judge, for an order pursuant to Fed. R. Civ. P. 56(c):  (i) to strike portions of the Affidavit of Jay Vigneaux and exhibits attached thereto, including, at a minimum, paragraphs 5, 10, and 12-15, and Exhibits B and C, submitted by Defendant in support of Defendant's Motion for Partial Summary Judgment filed August 22, 2014; and (ii) granting such other and further

nydocs1-1037324.1

relief as this Court deems just and proper.

Dated: September 12, 2014　　　　　　**ANDERSON KILL P.C.**
　　　　　New York, New York

　　　　　　　　　　　　　　　By:  /s/ *Dennis J. Artese*
　　　　　　　　　　　　　　　　　　Dennis J. Artese, Esq. (DA-1427)
　　　　　　　　　　　　　　　　　　Rene F. Hertzog, Esq. (RH-9227)
　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　　Telephone:  (212) 278-1000
　　　　　　　　　　　　　　　　　　Facsimile:  (212) 278-1733

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　*Board of Managers of West Perry Condominium*