Dennis J. Artese (DA-1427)
dartese@andersonkill.com
Rene F. Hertzog (RH-9227)
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733
dartese@andersonkill.com
rhertzog@andersonkill.com

Attorneys for Plaintiff
Board of Managers of West Perry Condominium

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOARD OF MANAGERS OF WEST PERRY CONDOMINIUM,<br><br>                      Plaintiff,<br><br>- against -<br><br>ADMIRAL INDEMNITY COMPANY,<br><br>                      Defendant. | Civ. Action No. 14 CV 3471 (SHS) |

### DECLARATION OF RENE F. HERTZOG

I, **RENE F. HERTZOG**, declare as follows:

1. I am an attorney admitted to the practice of law in the State of New York. I am an associate at the firm of Anderson Kill P.C., counsel for Plaintiff Board of Managers of West Perry Condominium ("Plaintiff") in this action. I make this declaration upon personal knowledge and in support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of a printout from the internet-based resource IRMI Risk & Insurance, titled Flood Coverage Endorsement CP 10 65,

dated August 20, 2014 and available online at

http://www.irmi.com/online/cpi/ch006/1IO6g000/al006915.aspz?cmd=print.

    3.      Attached hereto as Exhibit 2 is a true and correct copy of a printout of a National Flood Insurance Program Residential Condominium Building Association Policy downloaded from the United States District Court for the Northern District of Florida's CM/ECF system (Dkt. No. 22, Ex. 3), in the case styled Conley v. Florida Family Insurance Company, Case No. 3:08-cv-00495-LC-MD.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of September, 2014 in New York, New York.

                                                    /s/ *Rene F. Hertzog*
                                                      Rene F. Hertzog