Dennis J. Artese (DA-1427)
dartese@andersonkill.com
Rene F. Hertzog (RH-9227)
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733
dartese@andersonkill.com
rhertzog@andersonkill.com

Attorneys for Plaintiff
Board of Managers of West Perry Condominium

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOARD OF MANAGERS OF WEST PERRY CONDOMINIUM,<br><br>                      Plaintiff,<br><br>- against -<br><br>ADMIRAL INDEMNITY COMPANY,<br><br>                      Defendant. | Civ. Action No. 14 CV 3471 (SHS) |

**DECLARATION OF ROBERT J. APFEL**

I, **ROBERT J. APFEL**, declare as follows:

1. I am the Account Executive and Vice President of Brown Harris Stevens Residential Management LLC ("Brown Harris"), the property manager and agent for West Perry Condominium ("West Perry"). I make this declaration upon personal knowledge and in support of Plaintiff Board of Managers of West Perry Condominium's ("Plaintiff") Opposition to the Motion for Partial Summary Judgment filed by Defendant Admiral Indemnity Company ("Admiral").

2.      Attached hereto as Exhibit A is a true and correct copy of Harleysville Worcester Insurance Company flood policy, policy no. 87026188752012, with a policy period of May 16, 2012 through May 16, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of September, 2014 in New York, New York.

                                                                                    _____
                                                                                    Robert J. Apfel