UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

BOARD OF MANAGERS OF WEST PERRY
CONDOMINIUM

                Plaintiff,

-against-

ADMIRAL INDEMNITY COMPANY

                Defendant.

----------------------------------------X

Civil Action No.
14 CV 3471 (SHS)

**AFFIDAVIT OF JODI STRUM IN OPPOSITION TO PLAINTIFF'S CROSS-MOTION TO STRIKE**

STATE OF NEW JERSEY  )
                            : ss
COUNTY OF BERGEN    )

      Jodi Strum, being duly sworn, deposes and says under penalty of perjury:

      1.    I am a Senior Underwriter employed by Clermont Specialty Managers ("Clermont"), which underwrites policies of insurance for Defendant ADMIRAL INDEMNITY COMPANY (hereinafter "ADMIRAL"). Our office address is 301 N. Route 17, Suite 900, Rutherford, NJ 07070.

      2.    In my role as an underwriter, I worked on the underwriting of the Admiral Policy which is the subject of this lawsuit.

      3.    I submit this Affidavit upon personal knowledge and in opposition to Plaintiff's Cross-Motion to Strike portions of the Affidavit of Jay Vigneaux submitted in support of ADMIRAL's Motion for Partial Summary Judgment, dated August 21, 2014.

      4.    It is my understanding that Plaintiff has taken issue with copies of certain emails sent to or by me that were attached as exhibits to Mr. Vigneaux's Affidavit; namely, (i) an October 8, 2012, email sent by me to Jeanette Napodano of Hub International, and (ii) a

November 28, 2012, email from Alex Seaman of Hub International to me and Jeanette Napodano. (*See* **Affidavit of Jay Vigneaux ¶¶ 13-15, Exhibits "B" and "C."**)

5. These are true and correct copies of the corresponding emails, which are part of the Clermont underwriting file, to which Mr. Vigneaux has access.

6. Accordingly, Plaintiff's cross-motion to strike the Affidavit of Jay Vigneaux submitted in support of ADMIRAL's Motion for Partial Summary Judgment should be denied.

JODI STRUM

Sworn to before me this 19th
day of September, 2014

NOTARY PUBLIC

KATHY NAVARRA
NOTARY PUBLIC, STATE OF NEW JERSEY
ID# 2098946
QUALIFIED IN BERGEN COUNTY
COMMISSION EXPIRES AUGUST, 14, 20 17

2