UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
BOARD OF MANAGERS OF
WEST PERRY CONDOMINIUM

                Plaintiff,                        Civil Action No.:
                                                                   14 CV 3471 (SHS)

              -against-                         **CERTIFICATION**

ADMIRAL INDEMNITY COMPANY,

                Defendants.
———————————————————————X

    JONATHAN S. CHERNOW, certifies as follows:

    1. I am an attorney duly admitted to practice before this Honorable Court, and I hereby affirm the truth of the following statements under penalty of perjury:

    2. I am a partner with the law firm of WHITE, FLEISCHNER & FINO, LLP, attorneys for ADMIRAL INDEMNITY COMPANY, herein, and as such, I am fully familiar with the facts set forth herein.

    3. On this date, I caused a copy of the **DEFENDANT'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AFFIDAVIT OF JAY VIGNEAUX IN OPPOSITION TO PLAINTIFF'S CROSS-MOTION TO STRIKE, AFFIDAVIT OF JODI STRUM IN OPPOSITION TO PLAINTIFF'S CROSS MOTION TO STRIKE, DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S CROSS MOTION TO STRIKE PORTIONS OF THE AFFIDAVIT OF JAY VIGNEAUX** to be filed with the Clerk of the United States District Court for the Southern District of New York via ECF.

4. Pursuant to 28 U.S.C. Section 1746, I affirm under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 19, 2014

WHITE FLEISCHNER & FINO, LLP

By: _____
Jonathan S. Chernow, Esq. (JSC-7339)
Benjamin A. Fleischner, Esq. (BAF-7006)
Eric R. Leibowitz, Esq. (EL-5488)
Attorneys for Defendant
ADMIRAL INDEMNITY COMPANY
61 Broadway - 18th Floor
New York, New York 10006
(212) 487-9700