Dennis J. Artese (DA-1427)
Rene F. Hertzog (RH-9227)
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733
dartese@andersonkill.com
rhertzog@andersonkill.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/14

*Attorneys for Plaintiff*
*Board of Managers of West Perry Condominium*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF MANAGERS OF WEST PERRY
CONDOMINIUM,

                            Plaintiff,

- against -

ADMIRAL INDEMNITY COMPANY,

                            Defendant.

Civ. Action No. 14 CV 3471 (SHS)

**MEMO ENDORSED**

Oct. 1
Motion granted. Ex. A is deemed the sur-reply.
So ordered.
[signature] Sidney H. Stein
USDJ

### PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SUR-REPLY

PLEASE TAKE NOTICE that plaintiff Board of Managers of West Perry Condominium ("Plaintiff"), will move this Court before the Honorable Sidney H. Stein, United States District Judge, for an order granting Plaintiff leave to file a sur-reply with respect to the Motion for Partial Summary Judgment filed by defendant Admiral Indemnity Company ("Admiral" or "Defendant") on August 22, 2014.

1. Plaintiff seeks leave to file a sur-reply in order to briefly address a misstatement of Plaintiff's argument made by Admiral for the first time in Admiral's reply memorandum of law filed on September 19, 2014. Dkt. No. 35.

nydocs1-1037906.1