USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BOARD OF MANAGERS OF WEST PERRY : 14-Cv-3471 (SHS)
CONDOMINIUM,
  :
           Plaintiff,
  : ORDER
  -against-
  :
ADMIRAL INDEMNITY COMPANY,
  :
           Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    In light of the settlement of this action,

    IT IS HEREBY ORDERED that plaintiff's motion for partial summary judgment [document no. 13], defendant's cross motion for partial summary judgment [document no. 18], and plaintiff's motion to strike the affidavit of Jay Vigneaux are dismissed without prejudice to renew if the settlement is not effectuated.

Dated: New York, New York
       February 13, 2015

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.