Case 1:14-cv-03471-SHS   Document 46   Filed 03/18/15   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/15

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOARD OF MANAGERS OF WEST PERRY CONDOMINIUM, <br><br> Plaintiff, <br><br> - against - <br><br> ADMIRAL INDEMNITY COMPANY, <br><br> Defendant. | Civ. Action No. 1:14-cv-03471-SHS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Board of Managers of West Perry Condominium and defendant Admiral Indemnity Company, by their respective attorneys, that, pursuant to Fed. R. Civ. P. 41(a)(ii), the above-captioned action (Case No. 1:14-cv-03471-SHS) is hereby dismissed, with prejudice, each party to bear their own respective costs and fees.

Dated: February 23 2015
New York, New York

for plaintiff **Board of Managers of West Perry Condominium**

s/ *Dennis J. Artese*
Dennis J. Artese
Rene Hertzog
**Anderson Kill P.C.**
1251 Avenue of the Americas
New York, New York 10020
T: 212-278-1000
dartese@andersonkill.com
rhertzog@andersonkill.com

for defendant **Admiral Indemnity Company**

*s/ Jonathan S. Chernow*
Jonathan S. Chernow
**White Fleischner & Fino, LLP**
61 Broadway
New York, NY 10006
T: (212) 487-9700
JChernow@wff-law.com

SO ORDERED 3/19/15

SIDNEY H. STEIN
U.S.D.J.